

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2019

No. 04-19-00411-CR

Shandon **KHABAZIAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8957
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on September 9, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 10, 2019. On October 10, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until November 9, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by November 12, 2019.[1]

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2019.

---

[1] November 9, 2019 is a Saturday, and Monday, November 11, 2019 is a court holiday.



Luz Estrada,
Chief Deputy Clerk